UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **25-3972**

Case Title: **Firexo, Inc**   vs. **Firexo Group Limited, et al**

List all clients you represent in this appeal:

**Firexo, Inc.**

☐ Appellant         ☐ Petitioner        ☐ Amicus Curiae        ☐ Criminal Justice Act
☑ Appellee          ☐ Respondent        ☐ Intervenor                  (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Paul T. Belazis**       Signature: s/ **Paul T. Belazis**

Firm Name: **Malone, Ault and Farell**

Business Address: **7654 W. Bancroft Street**

City/State/Zip: **Toledo, Ohio 43551**

Telephone Number (Area Code): **419 367-0490**

Email Address: **belazis@maf-law.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

| CERTIFICATE OF SERVICE |
|---|
| The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing. |