## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 11, 2026

Mr. James Paul Silk Jr.
Spengler Nathanson
900 Adams Street
Suite 400
Toledo, OH 43604-2622

    Re: Case No. 25-3972
         *Firexo, Inc. v. Firexo Group Limited, et al*
         Originating Case No. 3:21-cv-02336

Dear Counsel,

   Briefing in this case will be held in abeyance pending completion of case opening forms in Case No. 26-3109 and possible motion to consolidate..  When this outstanding matter has been resolved, the clerk's office will issue a new briefing schedule or give the parties other instructions.

                                     Sincerely yours,

                                     s/Kelly Stephens

                                   Appeal Case Manager: Robin
                                   Direct Dial No. 513-564-7014

cc: Mr. Paul Thomas Belazis
    Ms. Teresa L. Grigsby
    Mr. Adam Scott Nightingale
    Ms. Sarah K. Skow